STATE of Missouri, Respondent,

v.

Nicholas T. DOMINGUE, Appellant.

No. WD 64082.

Missouri Court of Appeals,
Western District.

Jan. 17, 2006.

Daniel L. Viets, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Nicholas T. Domingue appeals his convictions for possession of drugs in accordance with sections 195.211 and 195.202, and possession of drug paraphernalia with intent to use in accordance with section 195.233.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).